# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

SON NGUYEN,

                Petitioner,

v.

MERRICK M. GARLAND, et.al,

                Respondent.

CASE NO. 20-1469 RJB - MAT

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Mary Alice Theiler. Dkt. 18. The Court has considered the Report and Recommendation and remaining file.

The Report and Recommendation recommends that Petitioner's immigration habeas petition, initiated under 28 U.S.C. § 2241, be dismissed as moot. Dkt. 18. The government indicates that the Petitioner has been removed from the country. Dkt. 16. The Report and Recommendation was returned to the Court marked "Return to Sender – Attempted Not Known – Unable to Forward." Dkt. 19. No objections were filed.

The Report and Recommendation should be adopted and the petition and case dismissed without prejudice as moot.

**IT IS ORDERED:**

The Report and Recommendation (Dkt. 18) **IS ADOPTED**; and

The petitioner's habeas petition (Dkt. 4) and this case **ARE DISMISSED WITHOUT PREJUDICE AS MOOT**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 10th day of May, 2021.

ROBERT J. BRYAN
United States District Judge